**William E. ALTON, Plaintiff—Appellant,**

v.

**MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, et al.; Kathleen Green, Warden Eastern Corr. Inst.; Bobby Shearin, Warden Western Corr. Inst.; B. McKenzie, C.O.2; G. Wilson, C.O.2; R.A. Beeman, C.O.2; S.A. Wilson, C.O.2; S. Shaver, C.O.; Whiteside, Lt.; F. Wilhelm, C.O.2; Jeffrey Kessler, C.O.2; J.P. Morgan, Assist Warden; H.B. Murphy; Beal, C.O.2; Carder, C.O.S; C. McKenzie, Lt.; Lt. Friend, et al. Defendants in their individual and official capacities, Defendants—Appellees.**

No. 11–7272.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2012.

Decided: Feb. 24, 2012.

William E. Alton, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William E. Alton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alton v. Md. Dep't of Pub. Safety & Corr. Servs.,* No. 1:09–cv–01311–WMN, 2011 WL 3607933 (D.Md. Aug. 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*